THE PEOPLE OF THE STATE OF NEW YORK ex rel. EVERETT A. HUTCHINGS, Appellant, *v.* PETER A. MALLON, Warden of the City Prison, et al., Defendants.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Crimes — extradition — habeas corpus — writ dismissed and relator remanded for delivery under rendition warrant of Governor.*

*People ex rel. Hutchings* v. *Mallon,* 218 App. Div. 461, affirmed.
(Argued February 24, 1927; decided March 29, 1927.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 9, 1926, which reversed an order of Special Term sustaining a writ of habeas corpus, dismissed said writ and remanded the relator to custody to be delivered to the agent of the State of California in pursuance of the rendition warrant of the Governor of this State.

*John Shalleck* for appellant.

*Joab H. Banton, District Attorney (Michael J. Driscoll* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.